IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:16CR76 |
| vs. )<br>) | ORDER |
| KEITH PHELPS, JODY CASILLAS, RYAN )<br>GABEL, ANDREA TRACY and DONALD )<br>MONRRISSEY, )<br>)<br>Defendants. | |

This matter is before the court on defendant Donald Morrissey's unopposed motion to continue trial [125]. Counsel has recently been appointed and needs additional time to obtain and review discovery. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, **for all defendants**, currently set for July 12, 2016 is continued to **August 23, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 23, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 5, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**